**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Larry Douglas WASHINGTON, Defendant—Appellant.**

**No. 04–50188.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 1, 2005.

Decided Aug. 17, 2005.

Dorothy Kim, Esq., Jason De Bretteville, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff—Appellee.

Marilyn E. Bednarski, Esq., Kaye McLane & Bednarski, LLP, Pasadena, CA, for Defendant—Appellant.

Before: CANBY, KOZINSKI, and RAWLINSON, Circuit Judges.

of this circuit except as provided by Ninth Circuit Rule 36–3.

## MEMORANDUM *

The government and Larry Douglas Washington agree that a limited remand is appropriate. Therefore, we remand to the district court in accordance with *United States v. Ameline,* 409 F.3d 1073 (9th Cir. 2005) (en banc).

LIMITED REMAND.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

